SCAD-12-0000667

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

GREGORY T. HIGHNOTE, Respondent.

---

ORIGINAL PROCEEDING
(ODC 09-029-8752)

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

On September 24, 2012, this court suspended Respondent Gregory Highnote from the practice of law in the jurisdiction of Hawai'i for thirty days, effective thirty days after the date of entry of the order, and ordered him (1) to reimburse his former client, Somsamai Singwiset, $246.25 for fees and costs incurred by her as a result of his inaction in the underlying representation, (2) to file proof of his reimbursement to Singwiset within 10 days after September 24, 2012 and (3) to submit an affidavit demonstrating compliance with Rule 2.16(d) of the Rules of the Supreme Court of the State of Hawai'i (RSCH) concerning actions required of a suspended attorney. Respondent Highnote has not to date filed any of the above documents. On

October 16, 2012, the Office of Disciplinary Counsel (ODC) filed a Verified Bill of Costs, which it served upon Highnote by regular post at his address in Oceanside, California. On December 26, 2012, this court issued upon Highnote an order to show cause as to why he should not be sanctioned for his failure to comply with the September 24, 2012 order. Highnote did not respond to the December 26, 2012 order and, on January 29, 2013, this court imposed a $50.00 sanction on Highnote which, to date, he has not paid. However, though it is not required by RSCH Rule 2.11, there is no evidence in the record Highnote was served the order of suspension, the order to show cause, or the order imposing sanctions, at his California address of which ODC has knowledge. It further appears ODC is aware Highnote has not resided at his HSBA-registered address in Keeau since 2008. Therefore,

IT IS HEREBY ORDERED that ODC shall timely file with this court an affidavit and appropriate accompanying documents, detailing its attempts to serve the aforementioned three documents on Highnote at his Oceanside, California, address, by certified or registered mail.

DATED: Honolulu, Hawaiʻi, March 1, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2